IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEON MICHAEL SMITH                                                                                          PLAINTIFF

      v.                            Civil No.  14-5231

SHERIFF TIM HELDER, Washington
County; CORPORAL TOM MULVANEY;
NURSE RHONDA; JOHN DOE DOCTOR;
and TRANSPORT OFFICER ROBBERSON                                                          DEFENDANTS

### **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

      The Plaintiff, Leon Michael Smith, filed this action pursuant to the terms of 42 U.S.C. § 1983.  He proceeds *in forma pauperis* and *pro se*.

      When he filed this case, Plaintiff was incarcerated at the Washington County Detention Center (WCDC).  He was specifically advised that he must immediately notify the Court of any change in his address (Doc. 3).

      On August 21, 2014, Plaintiff notified the Court of a change of address (Doc. 11).  A change of address was entered.

      On November 6, 2014, the Defendants filed a Motion to Dismiss (Doc. 12) based on the fact that they could not serve the Plaintiff with correspondence regarding past due discovery requests.  The returned mail was marked "not deliverable as addressed, unable to forward, and returned to sender."

      Plaintiff has not responded to the motion to dismiss.  He has not requested an extension of time to respond.  He has not communicated with the Court in anyway.

AO72A
(Rev. 8/82)

I therefore recommend that the Motion to Dismiss (Doc. 12) be granted based on the Plaintiff's failure to keep the Court and defense counsel notified of his address and for his failure to prosecute this action. The case should be dismissed with prejudice.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of January, 2015.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE