IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEON MICHAEL SMITH                                                                                    PLAINTIFF

v.                                        Case No. 5:14-CV-05231

SHERIFF TIM HELDER, Washington County;
CORPORAL TOM MULVANEY; NURSE RHONDA;
JOHN DOE DOCTOR; TRANSPORT OFFICER
ROBBERSON                                                                                          DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 15) from United States Magistrate Judge Mark E. Ford.  There have been no objections.[1]  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Defendants' motion to dismiss (Doc. 12) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of March, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] The Court notes that the report was mailed to Plaintiff at his last known address and was not returned as undeliverable.  Over seven weeks have passed since entry of the report with no response having been filed by Plaintiff.